IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM N. TAYLOR,
     Plaintiff,

vs.                                  Case No. 3:10cv338/MCR/EMT

DAVID MORGAN, et al.
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1) and a motion to proceed in forma pauperis (Doc. 2).

On September 28, 2010, a $5.96 initial partial filing fee was assessed (Doc. 8). This amount was paid (Doc. 9). On March 16, 2011, Plaintiff was directed to pay $65.55 in past due payments (Doc. 17). Plaintiff then paid $80.00, an extra $14.45 (Doc. 18). His most recent account statement (Doc. 22), showing deposits through April 16, 2011, reflects that an additional $35.45 accrued, which was $21.00 more than he paid. To date, Plaintiff has not paid the overdue $21.00, and by now another two months have elapsed, meaning that he may be further behind in his obligations to the court. The court issued an order to show cause on May 24, 2011, directing Plaintiff to remit all past due amounts and to show cause, within twenty-one (21) days why the case should not be dismissed due to his repeated failure to make timely partial filing fee installment payments to the court (Doc. 23). Plaintiff has not responded.

In addition, on April 15, 2011, Plaintiff was given thirty (30) days in which to file an amended complaint (Doc. 19). Plaintiff was subsequently requested and was given an extension of time to June 14, 2011, in which to file an amended complaint (*see* Doc. 24). He has failed to file the amended complaint as well.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 16th day of June 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**