IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM N. TAYLOR,

    Plaintiff,

v.                                                Case No. 3:10cv338/MCR/EMT

DAVID MORGAN, et al.

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 16, 2011 (Doc. 27). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the Report and Recommendation and the record, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply

---

[1] On July 6, 2011, Plaintiff filed a motion seeking leave to file an amended complaint and stating he would make arrangements to pay $100 towards the filing fee by July 8, 2011 (doc. 28). The court granted this motion and the order was mailed to Plaintiff but was returned as undeliverable. The court has attempted to locate another address for the Plaintiff without success; the Escambia County Jail records indicate he has been released and his address is listed as homeless. No payment has been received since the filing of that motion and no amended complaint has been filed.

with an order of the court.

**DONE AND ORDERED** this 29th day of July, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:10cv338/MCR/EMT*